```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

RAHN A. JACOBS,                  :
                                 :
        Plaintiff                :    CIVIL NO. 1:15-CV-00686
                                 :
    vs.                          :
                                 :
DR. J. LISIAK, et al.,           :    (Judge Kane)
                                 :
        Defendants               :
```

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Corrections Defendants' motion to dismiss (Doc. 20) filed on June 3, 2015, is **GRANTED**.

2. The Medical Defendants' motion to dismiss (Doc. 22) filed on June 22, 2015, is **GRANTED**.

3. Jacobs's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. 1915(e)(2)(B)(ii), with leave to file an amended complaint within twenty-one (21) days of the date hereof.

4. If Jacobs fails to file an amended complaint within twenty-one (21) days of the date hereof, the Clerk shall **CLOSE** this case without further order of court.

      5.   Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                        <u>S/ Yvette Kane</u>
                        Yvette Kane
                        United States District Judge

Date: January 27, 2016